# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>ROBERT BROWN, JR.<br><br>    Defendant. | 2:13-mj-00008-GWF<br><br>**<u>ORDER FOR DISMISSAL</u>** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Complaint filed on January 8, 2013.

DATED this 4th day of December 2015.

                DANIEL G. BOGDEN
                United States Attorney


                /s/ *Daniel R. Schiess*
                DANIEL R. SCHIESS
                Chief, Criminal Division


Leave of Court is granted for the filing of the foregoing dismissal.

DATED this __7th__ day of __December,__ 2015.

                *George Foley Jr.*
                UNITED STATES MAGISTRATE JUDGE