DANIEL G. BODGEN
United States Attorney
DANIEL R. SCHIESS
Assistant United States Attorney
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:13-mj-00008-GWF |
| Plaintiff, | ) UNITED STATES' MOTION TO QUASH ARREST WARRANT AS TO ROBERT BROWN, JR. |
| v. | ) |
| ROBERT BROWN, JR., | ) |
| Defendant. | ) |

The United States of America, by and through Daniel G. Bogden, United States Attorney, and Daniel R. Schiess, Assistant United States Attorney, hereby requests that the Court quash the Arrest Warrant issued on January 8, 2013.

A Proposed Order to Dismiss the criminal case against ROBERT BROWN, JR. was filed on or about December 4, 2015, and an Order for Dismissal entered on December 7, 2015. For this reason, the United States requests that this motion be granted.

Dated this 9th day of December, 2015.

DANIEL G. BOGDEN
United States Attorney

 /s/ Daniel R. Schiess
DANIEL R. SCHIESS
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:13-mj-00008-GWF |
| Plaintiff, ) | ORDER TO QUASH ARREST WARRANT AS TO ROBERT BROWN, JR. |
| v. ) | |
| ROBERT BROWN, JR., ) | |
| Defendant. ) | |

**ORDER TO QUASH ARREST WARRANT AS TO ROBERT BROWN, JR.**

Based on the foregoing motion of the government, it is ordered that the Arrest Warrant for defendant ROBERT BROWN, JR. be quashed.

_____
United States Magistrate Judge

DATED:  December 10, 2015